UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JACQUELINE CRUZ,

        Plaintiff,

vs.                                    Case No. 2:07-cv-429-FtM-29DNF

BANK OF AMERICA CORPORATION,

        Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #26), filed November 27, 2007, recommending that the parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement (Doc. #25) be granted and the settlement approved, and the Clerk be directed to close the file. No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge and approves the settlement as fair and reasonable.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation is hereby **accepted** and **adopted**.

2. The parties' Joint Motion for *In Camera* Review and Approval of Settlement Agreement (Doc. #23) is **DENIED** as to the request for an *in camera* review based on the Magistrate Judge's November 6, 2007, Order (Doc. #24) and otherwise **DENIED** as moot.

3. The parties' Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgement (Doc. #25) is **GRANTED** and the settlement is approved as fair and reasonable.

   4.  The Clerk shall enter judgment dismissing the case with prejudice, terminate all pending matters as moot, and close the file.

   **DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of December, 2007.

                                        _____
                                        JOHN E. STEELE
                                        United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties